# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THE NECK HAMMOCK, INC.

        Plaintiff(s),

vs.

DFO Global Performance Commerce Ltd., et al.,

        Defendant(s).

Case #2:20-cv-00222-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Brian N. Platt_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Workman Nydegger
(firm name)

with offices at ____60 E. South Temple St., Ste 1000____,
(street address)

____Salt Lake City____, Utah, ____84111____,
(city)   (state)   (zip code)

____(801) 533-9800____, ____bplatt@wnlaw.com____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____The Neck hammock, Inc.____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  05/14/2019 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  Utah
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, District of Utah | 05/14/2019 | N/A (1) |
| U.S.District Court, District of Colorado | 11/07/2019 | N/A (1) |
| U.S. District Court, District of Washington | 12/04/2003 | N/A (1) |
| Utah State Bar | 05/14/2019 | 17099 |
| Washington State Bar | 12/04/2003 | 34089 |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

(1) The district courts of Utah, Colorado and Washington do not issue bar numbers.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

Utah State Bar
Washington State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  UTAH           )
                         )
COUNTY OF  SALT          )

BRIAN N. PLATT, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

10TH day of FEBRUARY, 2020.

_____
Notary Public or Clerk of Court

Notary Public
SUSAN C. HELD
Commission #690183
My Commission Expires Aug. 11, 2020
State of Utah

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Jessica M. Lujan, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

400 S. Fourth St., Third Floor
(street address)

Las Vegas , Nevada , 89101 ,
(city)        (state)    (zip code)

(702) 791-0308 , jlujan@nevadafirm.com .
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jessica M. Lujan_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

_Steven Sidell, President_
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_____
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

AO 136

# CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

District of Utah

I, D. Mark Jones, Clerk of the United States District Court, District of Utah, certify that

## Brian N. Platt

Bar #  17099,  was duly admitted to practice in this Court on May 14, 2019, and is in good standing as a member of the bar of this Court.



Dated at Salt Lake City, Utah
on January 9, 2020

D. Mark Jones

*Clerk*

_____
(By) Deputy Clerk



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## BRIAN N PLATT

was admitted to practice in this court on
November 7, 2019
and is in good standing with no disciplinary history.

Dated: February 4, 2020

*Jeffrey P. Colwell*
_____
Jeffrey P. Colwell, Clerk

# United States District Court
## Western District of Washington



### CERTIFICATE OF GOOD STANDING

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, do hereby certify that BRIAN NELSON PLATT was admitted to practice in said Court on December 4, 2003 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on January 4, 2020.

William M. McCool
Clerk

By _____
Deputy Clerk

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 2/12/2020

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Brian N Platt

This is to certify that Brian N Platt, Utah State Bar No. 17099 was admitted to practice law in Utah on 5/14/2019.

Brian N Platt is currently an ACTIVE member of the Utah State Bar in good standing.  "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Elizabeth A. Wright
General Counsel
Utah State Bar

No.2020 -835262
verify by email at cogsrequest@utahbar.org

# CERTIFICATION OF CURRENT STATUS

February 21, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Brian Nelson Platt**, license no. **34089** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **November 6, 2003** and is, as of the date of this certificate, a(n) **Active lawyer** of the Washington State Bar Association who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

Terra Nevitt
Interim Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

1
2
3
4
5

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THE NECK HAMMOCK, INC.

            Plaintiff(s),

    vs.

DFO Global Performance Commerce Ltd., et al.,

           Defendant(s).

Case # 2:20-cv-00222-RCJ-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Brian N. Platt_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Workman Nydegger_____
(firm name)

with offices at _____60 E. South Temple St., Ste 1000_____,
(street address)

_____Salt Lake City_____, _____Utah_____, _____84111_____,
(city)                        (state)                       (zip code)

_____(801) 533-9800_____, _____bplatt@wnlaw.com_____.
(area code + telephone number)        (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____The Neck hammock, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 05/14/2019 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, District of Utah | 05/14/2019 | N/A (1) |
| U.S. District Court, District of Colorado | 11/07/2019 | N/A (1) |
| U.S. District Court, District of Washington | 12/04/2003 | N/A (1) |
| Utah State Bar | 05/14/2019 | 17099 |
| Washington State Bar | 12/04/2003 | 34089 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

(1) The district courts of Utah, Colorado and Washington do not issue bar numbers.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

Utah State Bar
Washington State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF UTAH          )
                       )
COUNTY OF SALT         )

BRIAN N. PLATT, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

10TH day of FEBRUARY, 2020.

_____
Notary Public or Clerk of Court

Notary Public
SUSAN C. HELD
Commission #690183
My Commission Expires Aug. 11, 2020
State of Utah

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate    Jessica M. Lujan    ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

400 S. Fourth St., Third Floor
(street address)

Las Vegas      ,     Nevada     ,    89101
(city)              (state)        (zip code)

(702) 791-0308           ,   jlujan@nevadafirm.com
(area code + telephone number)     (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jessica M. Lujan_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Steven Sidell, President
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14913                    jlujan@nevadafirm.com
Bar number               Email address

APPROVED:

Dated: this 17th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



AO 136

CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

District of Utah

I, D. Mark Jones,  Clerk of the United States District Court,  District of Utah, certify that

## Brian N. Platt

Bar # 17099,  was duly admitted to practice in this Court on May 14, 2019, and is in good standing as a member of the bar of this Court.

Dated at Salt Lake City, Utah
on January 9, 2020



D. Mark Jones

*Clerk*

*(By) Deputy Clerk*



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## BRIAN N PLATT

was admitted to practice in this court on
November 7, 2019
and is in good standing with no disciplinary history.

Dated: February 4, 2020

Jeffrey P. Colwell, Clerk



# United States District Court

## Western District of Washington



### CERTIFICATE OF GOOD STANDING

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, do hereby certify that BRIAN NELSON PLATT was admitted to practice in said Court on December 4, 2003 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on January 4, 2020.

William M. McCool
Clerk

By _____
Deputy Clerk

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 2/12/2020

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Brian N Platt

This is to certify that Brian N Platt, Utah State Bar No. 17099 was admitted to practice law in Utah on 5/14/2019.

Brian N Platt is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Elizabeth A. Wright
General Counsel
Utah State Bar

No.2020 -835262
verify by email at cogsrequest@utahbar.org

# CERTIFICATION OF CURRENT STATUS

February 21, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Brian Nelson Platt**, license no. **34089** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **November 6, 2003** and is, as of the date of this certificate, a(n) **Active lawyer** of the Washington State Bar Association who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

Terra Nevitt
Interim Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA