UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE NECK HAMMOCK, INC.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>DFO GLOBAL PERFORMANCE COMMERCE LIMITED, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-00222-RCJ-NJK<br><br>**ORDER**<br><br>(Docket No. 25) |

　　　Pending before the Court is the parties' discovery plan. Docket No. 25. For the reasons stated below, the discovery plan is **DENIED**.

　　　The Local Rules envision a 270-day discovery period for patent cases, *see* LPR 1-22, measured from the date of the first appearance of any defendant, Local Rule 26-1. Here, Defendant DFO Global Performance Commerce Limited filed an answer on May 20, 2020, *see* Docket No. 23; therefore, the discovery cut-off is measured from that date—not June 15, 2020.

　　　If the parties seek deadlines beyond those specified in LPR 1-22, their discovery plan must comply with Local Rule 26-1(a). The parties must submit a discovery plan that complies with all the Local Rules, no later July 6, 2020.

　　　IT IS SO ORDERED.

　　　Dated: June 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge