# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE NECK HAMMOCK, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DFO Global Performance Commerce Limited, a Nevada limited liability company, STRONG CURRENT ENTERPRISES, LIMITED, a business entity of unknown registration, HEALTH AND SOLE, a business entity of unknown registration, and THINK TECH ENTERPRISES, LTD, a business entity of unknown registration, and JOHN DOES 1-10,<br><br>　　　　Defendants. | **Case No: 2:20-cv-000222-RCJ-NJK**<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between The Neck Hammock, Inc. ("Plaintiff" or "Neck Hammock") and Defendants DFO Global Performance Limited; Strong Current Enterprises, Limited; Health and Sole; and Think Tech Enterprises, Ltd. ("Defendants") via their respective undersigned counsel, that:

1. Plaintiff and Defendants have settled the above-styled litigation pursuant to the terms and conditions of an executed Settlement Agreement.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Settlement Agreement between them, the parties hereby stipulate to the dismissal of the Complaint with prejudice.

Dated this 12th day of August, 2020.

Respectfully submitted,

| By: /s/ Lucy Crow | By: /s/ James D. Boyle |
|---|---|
| MARK J. CONNOT, ESQ.<br>Nevada Bar No. 10010<br>LUCY CROW, ESQ.<br>Nevada Bar No. 15203<br>mconnot@foxrothschild.com<br>lcrow@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>Telephone: (702) 262-6899<br>Facsimile: (702) 597-5503<br>*Attorneys for Defendants* | JAMES D. BOYLE, ESQ.<br>Nevada Bar No. 08384<br>Email: jboyle@nevadafirm.com<br>JESSICA M. LUJAN, ESQ.<br>Nevada Bar No. 14913<br>Email: jlujan@nevadafirm.com<br>HOLLEY DRIGGS<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 791-0308<br>Facsimile: (702) 791-1912<br><br>Brian N. Platt (*pro hac vice*)<br>WORKMAN NYDEGGER<br>60 East South Temple Suite 1000<br>Salt Lake City, Utah 84111<br>Telephone: (801) 533-9800<br>Facsimile: (801) 328-1707<br>Email: bplatt@wnlaw.com<br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED this 19th day of August 2020.